UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Wyatt W Knight

                                                         AMENDED - SIGNATURE DECLARATION

                         Debtor(s).              Case No. 11-50917

_____ PETITION, SCHEDULES & STATEMENTS

_____ CHAPTER 13 PLAN

_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

✓ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____ MODIFIED CHAPTER 13 PLAN

_____ OTHER (Please describe: _____)

I **Wyatt W Knight**, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 10/20/11

X _/s/ Wyatt W Knight_
Signature of Debtor or Authorized Representative

**Wyatt W Knight**
Printed Name of Debtor or Authorized Representative

Form ERS 1 (Rev. 10/03)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re  Wyatt W Knight
                    Debtor

Case No.  11-50917

Chapter  7

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 1 | $ 38,774.90 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 71,462.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 1,868,670.05 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 800.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 1,920.00 |
| TOTAL | | 28 | $ 38,774.90 | $ 1,940,132.05 | |

In re  Wyatt W Knight
_____,
Debtor

Case No. 11-50917
_____
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo business savings account Noble Properties | | -6.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth Checking account Individual | | 0.57 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth Eagel Assets savings | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth Eagle Assets business checking account | | -22.95 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth Noble Properties Business checking account | | -157.72 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth Northern Knights Construction checking | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Duluth savings account individual | | 8.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | rental deposit | | 600.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods | | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | | 750.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Wyatt W Knight
                   Debtor

Case No. 11-50917
                (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 9mm pistol | | 250.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Binoculars (SWAROVSKI OPTIK) SN # L771248438 LOG # 19720 | | 750.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Mossberg 12 ga shotgun (pump)   Model 835 #UM524305 $100.00<br>Benelli 12 Ga. shotgun Super nova # 2337066  $150.00<br>Mossberg 12 Ga Break action  double parrel over/under #TR12031987   $100.00 | | 350.00 |
| Firearms and sports, photographic, and other hobby equipment. | | shoulder holster | | 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Eagle Asset Corp Stock 100% interest of shares | | 4,000.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Eagle Asset II, LLC | | 1.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Long Cross Ventures business 50% interest | | 1.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Nobel Property and Develepment LLC | | 1.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Northern Knight Construction 100% shares | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re  Wyatt W Knight
                        Debtor

Case No. 11-50917
                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | wages owed by Eagle Asset Resolutions | | 25,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | 1965 31' Aluminum military boat with trailer | | 500.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Ativa thumb drive | | 1.00 |
| Other personal property of any kind not already listed. Itemize. | | Badlands Daypac UltraMax backpack | | 5.00 |
| Other personal property of any kind not already listed. Itemize. | | Canon Digital Camera | | 25.00 |
| Other personal property of any kind not already listed. Itemize. | | Cruzer 1.0 GB thumb drive | | 1.00 |

In re  Wyatt W Knight
                Debtor

Case No. 11-50917
              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Dell 20" cpmputer monitor (x 2) | | 100.00 |
| Other personal property of any kind not already listed. Itemize. | | Dell Demension E 520 00144-161-712-030 | | 150.00 |
| Other personal property of any kind not already listed. Itemize. | | Dell inspiron 9400 Laptop A309AG005958SE5PQ | | 150.00 |
| Other personal property of any kind not already listed. Itemize. | | Dell printer copier,fax machine 1815dn CN - ONF565-72211-766-0130 | | 75.00 |
| Other personal property of any kind not already listed. Itemize. | | Dell printer copier/fax combo white | | 75.00 |
| Other personal property of any kind not already listed. Itemize. | | Dell Vostro 200 Desktop computer #00144337289172 | | 150.00 |
| Other personal property of any kind not already listed. Itemize. | | Eagle Asset Resolution Jumpdrives Black in color (x 20) | | 20.00 |
| Other personal property of any kind not already listed. Itemize. | | Gary Fisher Moutain Bike | | 1,200.00 |
| Other personal property of any kind not already listed. Itemize. | | hand tools | | 500.00 |
| Other personal property of any kind not already listed. Itemize. | | misc. personal sporting goods  (golf clubs, backpacks, cot, tent, balls, and bat, etc) | | 1,000.00 |
| Other personal property of any kind not already listed. Itemize. | | Nikon Coolpix camera S51 | | 25.00 |
| Other personal property of any kind not already listed. Itemize. | | Real treet style Allen soft gun case $10.00 Real Treet style Allen soft gun case w/ducks (2) $20.00 | | 30.00 |
| Other personal property of any kind not already listed. Itemize. | | Safe net Thumb drive  from SW #4 | | 1.00 |
| Other personal property of any kind not already listed. Itemize. | | San disk thumb drives (x 2) | | 2.00 |
| Other personal property of any kind not already listed. Itemize. | | Sitka 45 Bivy Pac: Opifade backpack | | 5.00 |
| Other personal property of any kind not already listed. Itemize. | | Ted Thomas tax lien and infor source thunb drive | | 10.00 |
| Other personal property of any kind not already listed. Itemize. | | Vostro 200 Desktop computer #00144337358263 | | 150.00 |
| Other personal property of any kind not already listed. Itemize. | | Western Digital "my passport" | | 50.00 |

___3___ continuation sheets attached                Total    $ 38,774.90

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  Wyatt W Knight
         Debtor

Case No. 11-50917
(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1965 31' Aluminum military boat with trailer | 11 USC § 522(d)(5) or 100% of fair market value | 500.00 | 500.00 |
| 9mm pistol | 11 USC § 522(d)(5) or 100% of fair market value | 250.00 | 250.00 |
| Ativa thumb drive | 11 USC §522(d)(6) or 100% of fair market value | 1.00 | 1.00 |
| Badlands Daypac UltraMax backpack | 11 USC § 522(d)(5) or 100% of fair market value | 5.00 | 5.00 |
| Binoculars (SWAROVSKI OPTIK) SN # L771248438 LOG # 19720 | 11 USC § 522(d)(5) or 100% of fair market value | 750.00 | 750.00 |
| Canon Digital Camera | 11 USC §522(d)(6) or 100% of fair market value | 25.00 | 25.00 |
| Cruzer 1.0 GB thumb drive | 11 USC §522(d)(6) or 100% of fair market value | 1.00 | 1.00 |
| Dell 20" cpmputer monitor (x 2) | 11 USC §522(d)(6) or 100% of fair market value | 100.00 | 100.00 |
| Dell Demension E 520 00144-161-712-030 | 11 USC §522(d)(6) or 100% of fair market value | 150.00 | 150.00 |
| Dell inspiron 9400 Laptop A309AG005958SE5PQ | 11 USC §522(d)(6) or 100% of fair market value | 150.00 | 150.00 |
| Dell printer copier,fax machine 1815dn CN - ONF565-72211-766-0130 | 11 USC §522(d)(6) or 100% of fair market value | 75.00 | 75.00 |
| Dell printer copier/fax combo white | 11 USC §522(d)(6) or 100% of fair market value | 75.00 | 75.00 |
| Dell Vostro 200 Desktop computer #00144337289172 | 11 USC §522(d)(6) or 100% of fair market value | 150.00 | 150.00 |
| Eagle Asset Corp Stock 100% interest of shares | 11 USC § 522(d)(5) or 100% of fair market value | 4,000.00 | 4,000.00 |
| Eagle Asset II, LLC | 11 USC § 522(d)(5) or 100% of fair market value | 1.00 | 1.00 |
| Eagle Asset Resolution Jumpdrives Black in color (x 20) | 11 USC § 522(d)(5) or 100% of fair market value | 20.00 | 20.00 |
| Gary Fisher Moutain Bike | 11 USC § 522(d)(5) or 100% of fair market value | 1,200.00 | 1,200.00 |
| hand tools | 11 USC § 522(d)(5) or 100% of fair market value | 500.00 | 500.00 |

In re  Wyatt W Knight  
Debtor

Case No. 11-50917  
(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| household goods | 11 USC § 522(d)(3) or 100% of fair market value | 3,000.00 | 3,000.00 |
| Long Cross Ventures business 50% interest | 11 USC § 522(d)(5) or 100% of fair market value | 1.00 | 1.00 |
| misc. personal sporting goods (golf clubs, backpacks, cot, tent, balls, and bat, etc) | 11 USC § 522(d)(5) or 100% of fair market value | 1,000.00 | 1,000.00 |
| Mossberg 12 ga shotgun (pump) Model 835 #UM524305 $100.00 Benelli 12 Ga. shotgun Super nova # 2337066 $150.00 Mossberg 12 Ga Break action double parrel over/under #TR12031987 $100.00 | 11 USC § 522(d)(5) or 100% of fair market value | 350.00 | 350.00 |
| Nikon Coolpix camera S51 | 11 USC § 522(d)(5) or 100% of fair market value | 25.00 | 25.00 |
| Nobel Property and Develepment LLC | 11 USC § 522(d)(5) or 100% of fair market value | 1.00 | 1.00 |
| Real treet style Allen soft gun case $10.00 Real Treet style Allen soft gun case w/ducks (2) $20.00 | 11 USC § 522(d)(5) or 100% of fair market value | 30.00 | 30.00 |
| rental deposit | 11 USC § 522(d)(5) or 100% of fair market value | 600.00 | 600.00 |
| Safe net Thumb drive from SW #4 | 11 USC §522(d)(6) or 100% of fair market value | 1.00 | 1.00 |
| San disk thumb drives (x 2) | 11 USC §522(d)(6) or 100% of fair market value | 2.00 | 2.00 |
| shoulder holster | 11 USC § 522(d)(5) or 100% of fair market value | 25.00 | 25.00 |
| Sitka 45 Bivy Pac: Opifade backpack | 11 USC § 522(d)(5) or 100% of fair market value | 5.00 | 5.00 |
| Ted Thomas tax lien and infor source thunb drive | 11 USC §522(d)(6) or 100% of fair market value | 10.00 | 10.00 |
| Vostro 200 Desktop computer #00144337358263 | 11 USC §522(d)(6) or 100% of fair market value | 150.00 | 150.00 |
| wages owed by Eagle Asset Resolutions | 11 USC § 522(d)(5) or 100% of fair market value | 2,205.43 | 25,000.00 |
| wearing apparel | 11 USC § 522(d)(3) or 100% of fair market value | 750.00 | 750.00 |
| Wells Fargo Duluth Checking account Individual | 11 USC § 522(d)(5) or 100% of fair market value | 0.57 | 0.57 |

B6C (Official Form 6C) (4/10) - Cont.

In re  Wyatt W Knight
Debtor

Case No. 11-50917
(If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wells Fargo Duluth savings account individual | 11 USC § 522(d)(5) or 100% of fair market value | 8.00 | 8.00 |
| Western Digital "my passport" | 11 USC §522(d)(6) or 100% of fair market value | 50.00 | 50.00 |

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Wyatt W. Knight                     Bky Case No.: 11-50917

CERTIFICATE OF SERVICE

STATE OF MINNESOTA   )
                     ) SS.
COUNTY OF ROSEAU     )

Billie J. Lambert, being first duly sworn on oath deposes and says that on the 24th day of October 2011, she served a copy of the attached Amended Schedule B, C, Amended Summary of Schedules and Signature Declaration upon:

Stephen J Creasey
Lapp Libra Thompson Stoebner & Pusch
2500 One Financial Plaza
120 South 6th Street
Minneapolis MN 55402
screasey@lapplibra.com
nspooner@lapplibra.com
MNOB@ecfcbis.com

US Trustee
1015 US Courthouse
300 South 4th Street
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Katherine Marvin
58848 355th Street
Warroad MN 56763

by depositing true and correct copies via certified mail, postage prepaid in Roseau, Minnesota

*Billie J. Lambert* (signature)
Billie J. Lambert

Subscribed and sworn to before me
this 24th day of October, 2011.

_____
Notary Public

SHERRI L. NELSON
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2015

1